UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

COURTNEY W. THOMPSON,

      Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, COURTNEY W. THOMPSON, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, GLOBAL CREDIT & COLLECTION CORPORATION, is a professional corporation and citizen of the State of New York with its principal

place of business at Suite 100, 300 International Drive, Williamsville, New York

14221.

5.      Defendant regularly uses the mail and telephone in a business the

principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other

parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection

of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from

transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's residential voice

mail on or about the dates stated:

January 24 Through February 4, 2010 Call 1 – Pre-Recorded Message
I'm calling you in reference to an obligation of yours that has been
summoned in my office, based on numerous failed attempts to resolve this
issue to date. As a result of your continuing non compliance, I have been
granted the authority to present some options, which may be more
appropriate given your current situation. Of course, I must first speak with
you in order to aid you in getting this taken of. Press 1 now to be connected
with one of my associates or contact 1-877-295-9644 as soon as possible.
Please take note to the fact that this maybe you final opportunity for
voluntary resolution.

January 24 Through February 4, 2010 Call 2 – Pre-Recorded Message

Good day, my name is Grant Mitchell and I know you are well aware I have been calling. I reason to believe the individual I need to speak with is available at this phone number. It is obvious that the matter remains unresolved. Fortunately, it is tax season. This brings great opportunity. Press any number on your telephone key pad now to speak to one of my many associates. No reasonable offer will be refused and we have options for you. 1-877-295-9644.

<u>January 24 Through February 4, 2010 Call 3 – Pre-Recorded Message</u>
Tax season is here and this presents you with chance to take care of your matter which I am holding. It is not my desire to continue to attempt to contact you in an effort to resolve this. A voluntary resolution is something I would think you wish to take advantage of. A tax season represents that opportunity. Press any button on your telephone key pad now, to be made a where plans and options I have on the table. Lets stop these calls; 1-877-295-9644.

<u>January 24 Through February 4, 2010 Call 4 – Pre-Recorded Message</u>
Good day, my name is Grant Mitchell and I am certain that you are aware that I have been calling. I have reason to believe the individual I need to speak with is available at this phone number. It is obvious that the matter remains unresolved. Fortunately, it is tax season. This brings great opportunity. Press any number on your telephone key pad now to speak to one of my many associates. No reasonable offer will be refused and we have options for you.  1-877-295-9644.

<u>February 27, 2010 – Pre-Recorded Message</u>
I'm calling you in regards to a non compliance to our contact policy in our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again that's 1-877-295-9643. Thank you.

<u>March 1, 2010 – Pre-Recorded Message</u>
Good day. I'm calling you in regards to a non compliance to our contact policy in our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again that's 1-877-295-9643. Thank you.

<u>March 6, 2010 – Pre-Recorded Message</u>

Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail, due to the sensitive nature of this matter. Call us today at 1-877-241-7841, so that we may disclose all information pertinent to your (inaudible).

<u>March 11, 2010 – Pre-Recorded Message</u>
Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail, due to the sensitive nature of this matter. Call us today at 1-877-295-9643, so that we may disclose all information pertinent to your issue.

<u>March 18 Through March 29, 2010 Call 1 – Pre-Recorded Message</u>
Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail, due to the sensitive nature of this matter. Call us today at 1-877-295-9643, so that we may disclose all information pertinent to your issue.

<u>March 18 Through March 29, 2010 Call 2 – Pre-Recorded Message</u>
Goody day I am calling in regards to a non compliance to our contact policy n our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again, that's 1-877-295-9643. Thank you.

<u>March 18 Through March 29, 2010 Call 3 – Pre-Recorded Message</u>
Goody day. I am calling in regards to a non compliance to our contact policy in our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again, that's 1-877-295-9643. Thank you.

<u>March 18 Through March 29, 2010 Call 4 – Pre-Recorded Message</u>
Hello, it is the month of February and that does mean tax time. With tax returns come options for resolution. We would like to speak to you today, regarding your options, even if you have yet to file. Call us at 1-877-295-9643. Call us today. Thank you.

<u>March 18 Through March 29, 2010 Call 5 – Pre-Recorded Message</u>
Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail due to the sensitive nature of this matter. Call us today at 1-877-295-9643, so that we may disclose all information pertinent to our issue.

<u>April 6, 2010 – Pre-Recorded Message</u>
Good day. I'm calling you in regards to a non compliance to our contact policy in our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again that's 1-877-295-9643. Thank you.

<u>April 14, 2010 – Pre-Recorded Message</u>
Good day. I'm calling you in regards to a non compliance to our contact policy in our office. I have been granted 48 hours to disclose all the information pertinent to the closure of this issue. You may reach us at toll free 1-877-295-9643. Again, that's 1-877-295-9643. Thank you.

<u>April 15, 2010 – Pre-Recorded Message</u>
Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail, due to the sensitive nature of this matter. Call us today at 1-877-295-9643, so that we may disclose all information pertinent to your issue.

<u>April 19, 2010 – Pre-Recorded Message</u>
Hello, we have a personal business matter of yours in our office. I would rather not disclose the nature of this call on your voicemail, due to the sensitive nature of this matter. Call us today at 1-877-241-7841, so that we may disclose all information pertinent to your issue.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See <u>*Berg v. Merchs. Ass'n Collection Div*</u>., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

5

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.    Plaintiff incorporates Paragraphs 1 through 13.

15.    Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September

23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a.  Damages;

  b.  Attorney's fees, litigation expenses and costs of suit; and

  c.  Such other or further relief as the Court deems proper.

**COUNT III**
**TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING**

18. Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a.  Damages;

  b.  Attorney's fees, litigation expenses and costs of suit; and

  c.  Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

7

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658