UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60797-Civ-Zloch/Rosenbaum

COURTNEY W. THOMPSON,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Courtney W. Thompson, submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file a notice of dismissal with the Court no later then 10 days from today.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60797-Civ-Zloch/Rosenbaum

COURTNEY W. THOMPSON,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      s/Donald A. Yarbrough
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. R. Frank Springfield, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Al 35203
Telephone: 205-458-5187
Facsimile: 205-244-5707

Via Notices of Electronic Filing generated by CM/ECF