UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60797-Civ-Zloch/Rosenbaum

COURTNEY W. THOMPSON,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | R. Frank Springfield, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Burr & Forman LLP |
| Fort Lauderdale, Florida  33339 | 420 North 20th Street |
| Telephone: 954-537-2000 | Suite 3400 |
| Facsimile: 954-566-2235 | Birmingham, Al 35203 |
| | Telephone: 205-458-5187 |
| | Facsimile: 205-244-5707 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ R. Frank Springfield |
| Donald A. Yarbrough, Esq. | R. Frank Springfield, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-60797-Civ-Zloch/Rosenbaum

COURTNEY W. THOMPSON,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. R. Frank Springfield, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, Al 35203
Telephone: 205-458-5187
Facsimile: 205-244-5707

Via Notices of Electronic Filing generated by CM/ECF